Joseph Tilghman, d/b/a V and J Sewerage, Plaintiff-Appellee, v. George Delbert Gray, et al., Defendants-Appellants.

Gen. No. 49,108.

First District, Second Division.

December 17, 1963.

George Delbert Gray, of Chicago, for appellants; no briefs filed for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.